**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tomas Ramon Aguilar** | Social Security number or ITIN   xxx–xx–7974 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Gisela Marizan** | Social Security number or ITIN   xxx–xx–3640 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–31555–VFP

# Order of Discharge

12/15

IT IS ORDERED: A discharge under 11 U.S.C. § 727 is granted to:

Tomas Ramon Aguilar                    Gisela Marizan

<u>1/19/18</u>                                        **By the court:** <u>Vincent F. Papalia</u>
                                                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-31555-VFP
Tomas Ramon Aguilar                                                       Chapter 7
Gisela Marizan
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 2           Date Rcvd: Jan 19, 2018
                           Form ID: 318           Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db         +Tomas Ramon Aguilar,    421 Passaic Street,   Hackensack, NJ 07601-1568
jdb        +Gisela Marizan,   421 Passaic Street,   Hackensack, NJ 07601-1568
517138765  +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
            S Louis, MO 63179-0040
517138767  +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
            Saint Louis, MO 63179-0040
517138773  +Liberty Svngs Fed Cr U,   666 Newark Ave,   Jersey City, NJ 07306-2398
517170443   Nissan - Infiniti LT,   PO Box 660366,   Dallas, TX 75266-0366
517138774  +Nissan Motor Acceptance Corp/Infinity Lt,   Attn: Bankruptcy,   Po Box 660360,
            Dallas, TX 75266-0360
517138775  +Radio Shack/Citibank,   Citicorp/Centralized Bankruptcy,   Po Box 790040,
            Saint Louis, MO 63179-0040
517138776  +Sst/medallion,   Attn:Bankruptcy,   Po Box 3999,   St. Joseph, MO 64503-0999
517138788  +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jan 20 2018 00:31:15   U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 20 2018 00:31:12   United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
cr         +EDI: RMSC.COM Jan 20 2018 00:13:00   Synchrony Bank, c/o PRA Recievables Management, LL,
            POB 41021,   Norfolk, VA 23541-1021
517138759  +E-mail/Text: bankruptcycare@affinityfcu.com Jan 20 2018 00:31:00   Affinity Fcu,
            73 Mountainview Blvd Bld,   Basking Ridge, NJ 07920-2332
517138760  +EDI: AMEREXPR.COM Jan 20 2018 00:13:00   Amex,   Correspondence,   Po Box 981540,
            El Paso, TX 79998-1540
517138761  +EDI: BANKAMER.COM Jan 20 2018 00:13:00   Bank Of America,   Nc4-105-03-14,   Po Box 26012,
            Greensboro, NC 27420-6012
517138762  +EDI: CAPITALONE.COM Jan 20 2018 00:13:00   Capital One,   Attn: Bankruptcy,   Po Box 30253,
            Salt Lake City, UT 84130-0253
517138763  +EDI: CAUT.COM Jan 20 2018 00:13:00   Chase Auto Finance,   National Bankruptcy Dept,
            201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
517138764  +EDI: CHASE.COM Jan 20 2018 00:13:00   Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
            Wilmington, DE 19850-5298
517138766  +EDI: CITICORP.COM Jan 20 2018 00:13:00   Citibankna,   Po Box 769006,
            San Antonio, TX 78245-9006
517138768  +EDI: WFNNB.COM Jan 20 2018 00:13:00   Comenitybank/New York,   AttN: Bankruptcy,
            Po Box 182125,   Columbus, OH 43218-2125
517138769  +EDI: RCSFNBMARIN.COM Jan 20 2018 00:13:00   Credit One Bank Na,   Po Box 98873,
            Las Vegas, NV 89193-8873
517138770  +E-mail/Text: bknotice@erccollections.com Jan 20 2018 00:31:19   ERC/Enhanced Recovery Corp,
            Attn: Bankruptcy,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
517138771  +EDI: BLUESTEM Jan 20 2018 00:13:00   Fingerhut,   6250 Ridgewood Rd,
            St Cloud, MN 56303-0820
517138772  +E-mail/Text: jgoley@leadersfc.com Jan 20 2018 00:31:05   Leaders Financial Comp,
            21 Commerce Dr Fl 1,   Cranford, NJ 07016-3519
517138777  +EDI: RMSC.COM Jan 20 2018 00:13:00   Syncb/home Design Se,   Po Box 96060,
            Orlando, FL 32896-0001
517140681  +EDI: RMSC.COM Jan 20 2018 00:13:00   Synchrony Bank,   c/o of PRA Receivables Management, LLC,
            PO Box 41021,   Norfolk, VA 23541-1021
517138778  +EDI: RMSC.COM Jan 20 2018 00:13:00   Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,
            Po Box 965060,   Orlando, FL 32896-5060
517138779  +EDI: RMSC.COM Jan 20 2018 00:13:00   Synchrony Bank/Amazon,   Attn: Bankruptcy,
            Po Box 965060,   Orlando, FL 32896-5060
517138780  +EDI: RMSC.COM Jan 20 2018 00:13:00   Synchrony Bank/Care Credit,   Attn: Bankruptcy,
            Po Box 965060,   Orlando, FL 32896-5060
517138781  +EDI: RMSC.COM Jan 20 2018 00:13:00   Synchrony Bank/PC Richard,   Attn: Bankruptcy,
            Po Box 965060,   Orlando, FL 32896-5060
517138782  +EDI: RMSC.COM Jan 20 2018 00:13:00   Synchrony Bank/Sams,   Attn: Bankruptcy,   Po Box 965060,
            Orlando, FL 32896-5060
517138783  +EDI: RMSC.COM Jan 20 2018 00:13:00   Synchrony Bank/Walmart,   Attn: Bankruptcy,
            Po Box 965060,   Orlando, FL 32896-5060
517138784  +EDI: WTRRNBANK.COM Jan 20 2018 00:13:00   Target,   C/O Financial & Retail Srvs,
            Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
517138785  +EDI: CHRYSLER.COM Jan 20 2018 00:13:00   Td Auto Finance,   Po Box 9223,
            Farmington Hills, MI 48333-9223
517138786   EDI: USBANKARS.COM Jan 20 2018 00:13:00   US Bank/Rms CC,   Card Member Services,
            Po Box 108,   St. Louis, MO 63166
517138787  +EDI: VERIZONEAST.COM Jan 20 2018 00:13:00   Verizon,
            Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
            Weldon Springs, MO 63304-2225
                                                                          TOTAL: 27

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Jan 19, 2018
                              Form ID: 318             Total Noticed: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for the
               Certicateholders Citigroup Morttgage Loan Trust Inc., Asset-Back Pass-Through Certificates,
               Series 2007-AMC1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,  slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Jeremias E Batista    on behalf of Joint Debtor Gisela  Marizan jeremiasbatista@gmail.com,
               G26967@notify.cincompass.com;neidy.fuentes@gmail.com
              Jeremias E Batista    on behalf of Debtor Tomas Ramon Aguilar jeremiasbatista@gmail.com,
               G26967@notify.cincompass.com;neidy.fuentes@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee for the
               Certicateholders Citigroup Morttgage Loan Trust Inc., Asset-Back Pass-Through Certificates,
               Series 2007-AMC1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```