| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for the Certificateholders Citigroup Mortgage Loan Trust Inc., Asset-Back Pass-Through Certificates, Series 2007-AMC1 | Order Filed on February 13, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   17-31555 VFP<br><br>Hearing Date: February 6, 2018<br><br>Judge:  Vincent F. Papalia |
| In Re:<br>    Aguilar, Tomas Ramon<br><br>    Marizan, Gisela | |

| | | |
|---|---|---|
| Recommended Local Form: | ☐ Followed | ☐ Modified |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 13, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for the Certificateholders Citigroup Mortgage Loan Trust Inc., Asset-Back Pass-Through Certificates, Series 2007-AMC1</u>, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 53, Block 1938,    195 North 11th Street, Newark, NJ 07107**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Tomas Ramon Aguilar  
Gisela Marizan  
    Debtors

Case No. 17-31555-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 13, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.  
db/jdb      +Tomas Ramon Aguilar,   Gisela Marizan,   421 Passaic Street,   Hackensack, NJ 07601-1568

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee for the Certicateholders Citigroup Morttgage Loan Trust Inc., Asset-Back Pass-Through Certificates, Series 2007-AMC1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com, gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com  
        Jeremias E Batista   on behalf of Joint Debtor Gisela  Marizan jeremiasbatista@gmail.com, G26967@notify.cincompass.com;neidy.fuentes@gmail.com  
        Jeremias E Batista   on behalf of Debtor Tomas Ramon Aguilar jeremiasbatista@gmail.com, G26967@notify.cincompass.com;neidy.fuentes@gmail.com  
        Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank National Association, as Trustee for the Certicateholders Citigroup Morttgage Loan Trust Inc., Asset-Back Pass-Through Certificates, Series 2007-AMC1 rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                      TOTAL: 6