Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17–31555–VFP
        Chapter:  7
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Tomas Ramon Aguilar | Gisela Marizan |
| 421 Passaic Street | 421 Passaic Street |
| Hackensack, NJ 07601 | Hackensack, NJ 07601 |

Social Security No.:
  xxx–xx–7974                                               xxx–xx–3640

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Eric R. Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 14, 2018</u>                     <u>Vincent F. Papalia</u>
                                                      Judge, United States Bankruptcy Court